Irma Horwitz, appellee, v. Herbert Wolfson, appellant. Gen. No. 35,370.

 Opinion filed January 25, 1932.

Greenfield & Reiff, for appellant; L. A. Sherwin, of counsel. Louis A. Heile, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

John Rosky, appellee, v. City of Chicago, appellant. Gen. No. 35,455.

 Opinion filed January 25, 1932.

William H. Sexton, Corporation Counsel, and Alexander M. Smietanka, City Attorney, for appellant; Roy S. Gaskill, Assistant Corporation Counsel, of counsel. Finn & Miller, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Ethel Felick, appellee, v. Harvey L. Kay and Mary A. Kay, appellants. Gen. No. 35,503.

Opinion filed January 25, 1932.

Hovey & Ely, for appellants. Siegel & Leviton, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Rudolph Lederer, appellee, v. Railway Terminal & Warehouse Company, appellant. Gen. No. 33,556.

 Opinion filed January 25, 1932.

Tenney, Harding, Sherman & Rogers and Winston, Strawn & Shaw, for appellant; Roger Sherman, Henry F. Tenney, John C. Slade, Richard H. Hollen and Thomas A. Reynolds, of counsel. Defrees, Buckingham, Jones & Hoffman, for appellee; Wilfred M. Doherty, of counsel.

Mr. Justice McSurely delivered the opinion of the court.